# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORIGA
# ROME DIVISION

| | |
|---|---|
| MAVERICK FUND, LTD., ) <br> MAVERICK USA, L.P., MAVERICK ) <br> FUND II, LTD., MAVERICK LONG ) <br> FUND, LTD., MAVERICK LONG ) <br> ENHANCED FUND, LTD., AND ) <br> SPRUGOS INVESTMENTS IX, L.L.C., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MOHAWK INDUSTRIES, INC., ) <br> JEFFREY S. LORBERBAUM, FRANK ) <br> H. BOYKIN and BRIAN CARSON, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 4:21-cv-118-TCB |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY

Having considered the Unopposed Motion to Stay by Mohawk Industries, Inc., Jeffrey S. Lorberbaum, Frank H. Boykin, and Brian Carson, and good cause having been shown,

IT IS HEREBY ORDERED:

1. That the Motion is GRANTED; and

2. All proceedings and deadlines in the above-captioned action are stayed through:

   a. 30 days after the Court grants the motion to dismiss (Dkt. 54) in *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc., et al.,* No. 4:20-cv-00005-ELR (the "Class Action") in full; or

   b. the deadline for defendants in the Class Action to answer the complaint (Dkt. 37) in the Class Action in the event the Court denies the motion to dismiss (Dkt. 54) in the Class Action in whole or in part.

**SO ORDERED** this 19th day of August , 2021.

The Honorable Timothy C. Batten, Sr.
Chief United States District Judge