UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MAVERICK FUND, LTD.; MAVERICK USA, L.P.; MAVERICK FUND II, LTD.; MAVERICK LONG FUND, LTD.; MAVERICK LONG ENHANCED FUND, LTD.; and SPRUGOS INVESTMENTS IX, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> MOHAWK INDUSTRIES, INC.; JEFFREY S. LORBERBAUM; FRANK H. BOYKIN; and BRIAN CARSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. ) ) 4:21-cv-00118-ELR ) ) ) ) ) ) ) ) |

### DEFENDANT FRANK H. BOYKIN'S MOTION TO DISMISS

Defendant Frank Boykin ("Mr. Boykin") files this Motion to Dismiss the Plaintiffs' claims against him with prejudice under Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4, *et seq.* ("PSLRA"). The grounds for this Motion to Dismiss are set forth in the accompanying Memorandum of Law in support of this Motion. For the

reasons shown therein, Mr. Boykin respectfully requests the Court to grant his Motion to Dismiss with prejudice.

Respectfully submitted, this 13th day of December, 2021.

                              **FELLOWS LABRIOLA LLP**

                              <u>s/Henry D. Fellows, Jr.</u>
                              Henry D. Fellows, Jr.
                              Georgia Bar No. 257825
                              Michael C. Gretchen
                              Georgia Bar No. 522171
                              Suite 2400 Harris Tower
                              233 Peachtree Street, N.E.
                              Atlanta, Georgia 30303
                              (404) 586-9200 (phone)
                              (404) 586-9201 (fax)
                              hfellows@fellab.com
                              mgretchen@fellab.com

                              *Attorneys for Defendant Frank Boykin*

## TYPE AND FONT CERTIFICATION

The undersigned certifies that the foregoing and accompanying Memorandum of Law in Support of Motion to Dismiss complies with Local Rule 5.1(B) regarding typefaces and fonts, in that both use 13 point Century Schoolbook font.

This 13th day of December, 2021.

s/Henry D. Fellows, Jr.<br>
Henry D. Fellows, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on this day I served the foregoing by using the Court's CM/ECF system, which will send notice of the filing to all counsel authorized to receive it.

This 13th day of December, 2021.

s/Henry D. Fellows, Jr.<br>
Henry D. Fellows, Jr.