**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

MAVERICK FUND, LTD., et al.,          *
                                      *
          Plaintiffs,                 *
                                      *
     v.                               *          4:21-CV-00118-ELR
                                      *
MOHAWK INDUSTRIES, INC.,              *
et al.,                               *
                                      *
          Defendants.                 *
                                      *

_____

**O R D E R**

_____

Presently before the Court is Plaintiffs' "Motion for Leave to File a Sur-Reply Brief in Opposition to Mohawk Industries Inc. and Jeffrey S. Lorberbaum's Motion to Dismiss and Brian Carson's Motion to Dismiss." [Doc. 49]. Upon consideration, the Court **GRANTS** Plaintiffs' motion. [Doc. 49]. Accordingly, the Court **DIRECTS** Plaintiffs to file their sur-reply brief. [See Doc. 49-1].

**SO ORDERED**, this 8th day of March, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia